ANTHONY McGARRY, Respondent, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY, Appellant.

(Argued March 8, 1893 ; decided March 24, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of New.York, entered upon an order made

March 14, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*M. H. Hirschberg* for appellant.

*John T. McDonough* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____